1  **John D. Ostrander, OSB No. 873948**
   john@eoplaw.com
2  **Sonia A. Montalbano, OSB No. 970821**
   sonia@eoplaw.com
3  **William A. Drew, OSB No. 952539**
   billd@eoplaw.com
4  ELLIOTT, OSTRANDER & PRESTON, P.C.
   707 SW Washington St., Suite 1500
5  Portland, Oregon 97205
   Telephone: (503) 224-7112
6  Facsimile: (503) 224-7819

7      Of Attorneys for Plaintiffs

9  IN THE UNITED STATES DISTRICT COURT

10  FOR THE DISTRICT OF OREGON

11  PORTLAND DIVISION

| | |
|---|---|
| JON MURPHY, ELSBETH MURPHY, CHERYL MORRIS, AND HOLLY PETERSON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PRESTIGE SENIOR LIVING, LLC, and CHP TUALATIN-RIVERWOOD OR TENANT CORP.,<br><br>    Defendants. | Case No. 3:17-cv-00467-PK<br><br>**STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT CHP TUALATIN-RIVERWOOD OR TENANT CORP.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, by and through their counsel, stipulate and agree to Plaintiffs' voluntary dismissal of Defendant "CHP Tualatin-Riverwood OR

/ / /

/ / /

---

Page 1 - STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT CHP TUALATIN-RIVERWOOD OR TENANT CORP.

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE (503) 224-7112
FACSIMILE (503) 224-7819
e-mail: attorneys@eoplaw.com

1  Tenant Corp.," with prejudice, and without an award of fees or costs to any party.

2  IT IS SO STIPULATED:

3

4

5  DATED: June 2, 2017.                         /s/ John D. Ostrander
                                                John D. Ostrander, OSB No. 87394
6                                               Of Attorneys for Plaintiffs

7

8
   DATED:  June 2, 2017.                        /s/ Kim Morrow
9                                               Kim Morrow, OSB No. 830280
                                                Of Attorneys for Defendants
10

11
   It is so Ordered and Adjudged.
12
   DATED: June 2, 2017
13                                              Paul Papak
                                                U.S. Magistrate Judge

14

15

16

17

18

19

20

21

22

23

Page 2 - STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT CHP TUALATIN-RIVERWOOD OR TENANT CORP.

ELLIOTT, OSTRANDER & PRESTON, P.C.

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE (503) 224-7112
FACSIMILE (503) 224-7819
e-mail: attorneys@eoplaw.com